tioners. *Messrs. Frederick H. Wood, Wm. D. Whitney, James S. Hays,* and *Harold L. Fierman* for respondent.

No. 524. MALAVAZOS ET AL. *v.* IRVING TRUST CO., TRUSTEE. November 20, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Albert D. Cash* for petitioners. *Mr. Moses Cohen* for respondent.

No. 498. FEDERAL LAND BANK OF BERKELEY *v.* WARNER ET AL. November 20, 1933. Petition for writ of certiorari to the Supreme Court of Arizona granted. *Messrs. Richard W. Young* and *Peyton R. Evans,* and *Miss May T. Bigelow* for petitioner. *Mr. Charles Woolf* for respondents.

No. 515. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* NEWPORT CO. November 20, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Biggs* for petitioner. *Messrs. Charles F. Fawsett* and *Richard S. Doyle* for respondent.

No. 526. PAGEL ET AL. *v.* PAGEL, ADMINISTRATOR, ET AL. November 20, 1933. Petition for writ of certiorari to the Supreme Court of Minnesota granted. *Mr. L. D. Barnard* for petitioners. *Mr. Charles A. Swenson* for respondents.

No. 535. CONNELL ET AL. *v.* WALKER. November 20, 1933. Petition for writ of certiorari to the Supreme Court